IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

STATE OF WEST VIRGINIA, et al.,

        Plaintiffs,

v.                                  CIVIL ACTION NO.  2:08-cv-01292

CASHCALL, INC., et al.,

        Defendants.

**ORDER**

On March 11, 2009, this court entered an Order granting the plaintiff's Motion to Remand [Docket 20].  The court **DIRECTS** the Clerk to post a copy of that published opinion on the court's website, www.wvsd.uscourts.gov.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:       March 23, 2009

        Joseph R. Goodwin, Chief Judge